JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** III     **Investigating Agency** FBI, USPIS

**City** Boston

**County** Suffolk, Middlesex, Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. 19cr10355
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number  19-MJ-4337-DHH
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Carlyann Amos     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Randolph, MA

**Birth date (Yr only):** 1998   **SSN (last4#):** 9304   **Sex** F   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** David J. Grimaldi    **Address** 675 Massachusetts Ave., 9th Flr.
Cambridge, MA 02139

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Leslie A. Wright/ Mark J. Balthazard    **Bar Number if applicable** IL6307355/ 544463

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

## Location Status:

**Arrest Date** 07/10/2019

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Magistrate Judge Hennessy on 7/10/2019

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 24, 2019     Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Carlyann Amos

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1349 | Conspiracy to commit bank fraud | 1 |
| Set 2   18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 2 |
| Set 3   18 U.S.C. § 982(a)(2)(A) | Forfeiture Allegations | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____