UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 19-cr-10355-DPW |
| ) | |
| CARLYANN AMOS ) | |

MOTION TO PERMIT DEFENDANT TO TRAVEL
ASSENTED TO BY THE GOVERNMENT AND WITHOUT OBJECTION BY PROBATION

Defendant Carlyann Amos ("Ms. Amos") respectfully moves this Honorable Court to permit her to travel to Miami, Florida from May 13, 2021 through May 17, 2021 to celebrate her birthday. Ms. Amos would stay at the Courtyard Marriott at 1530 Washington Avenue, Miami Beach, FL 33139.

Undersigned counsel has conferred with probation who has no objection to this motion, and the government who assents to the motion. For the foregoing reasons, Ms. Amos respectfully requests the Court ALLOW the instant motion.

Respectfully Submitted,
CARLYANN AMOS
By her attorney:

/s/ David J. Grimaldi
David J. Grimaldi (BBO No. 669343)
David J. Grimaldi, P.C.
929 Massachusetts Avenue, Suite 200
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: April 29, 2021

CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this notice were served on all registered participants via CM/ECF this 29th day of April, 2021.

/s/ David J. Grimaldi
David J. Grimaldi