UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLYANN AMOS<br><br>Defendant | CRIMINAL No. 1:19-cr-10355-DPW |

ASSENTED-TO MOTION FOR CONTINUANCE OF SENTENCING

The United States of America, by Christopher J. Markham, Assistant United States Attorney for the District of Massachusetts, submits this assented-to motion to continue the sentencing hearing currently scheduled for October 19, 2021.  The continuance will provide the parties an opportunity to address an issue that may bare on sentencing, and also accommodate the government's schedule, including a conflicting sentencing hearing in a related case that is also scheduled for October 19, 2021. *See U.S. v. Long*, 20-cr-10308-MLW.

The parties jointly request that the hearing be rescheduled for December 6, 2021, if that date is available for the Court.  Otherwise, the parties are also available the following days: November 30, 2021, December 2, 2021, December 7, 2021, and December 8, 2021.

                Respectfully submitted,

                NATHANIEL R. MENDELL
                Acting United States Attorney

By:   /s/ Christopher J. Markham
       CHRISTOPHER J. MARKHAM
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

      /s/ Christopher J. Markham
      Christopher J. Markham
      Assistant United States Attorney

Date: August 25, 2021