UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLYANN AMOS<br><br>Defendant | CRIMINAL No. 19-cr-10355-DPW |

### ASSENTED-TO MOTION FOR CONTINUANCE OF SENTENCING

The United States of America, by Christopher J. Markham, Assistant United States Attorney for the District of Massachusetts, submits this assented-to motion to continue the sentencing hearing currently scheduled for December 2, 2021. The continuance will provide the parties the time necessary to address an outstanding issue that may impact the government's sentencing recommendation.

The parties jointly request that the hearing be rescheduled for a date in the last week of January or the first week of February, 2022, preferably on January 24, 26, or 27.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ Christopher J. Markham
      CHRISTOPHER J. MARKHAM
      Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                              <u>/s/ Christopher J. Markham</u>
                                              Christopher J. Markham
                                              Assistant United States Attorney

Date: November 8, 2021